UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BARRAZA, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:12-cv-01610 - LJO - JLT <br><br> ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA |

Anthony Barraza ("Plaintiff") initiated this action on September 29, 2012 by filing a complaint against the Commissioner of Social Security, seeking review of an administrative decision denying his application for Social Security benefits. (Doc. 1).

When a plaintiff seeks review of the final decision of the Commissioner of Social Security, "[s]uch action shall be brought in the district court of the United States for the judicial district in which the plaintiff resides." 42 U.S.C. § 405(g). The Civil Cover Sheet to Plaintiff's Complaint indicated he resides in Fresno County. (Doc. 2 at 1). On January 29, 2013, the Court held a hearing on its order to show cause why sanctions should not be imposed upon Ms. Bosavanh, Plaintiff's counsel, for numerous errors before the Court, including filing approximately 85 complaints alleging the improper county of residence for the claimant. Subsequently, Ms. Bosavanh notified the Court that Plaintiff does not reside Fresno County, and that this action should have been filed in the Sacramento division of the Eastern District of California.

1

1 | Pursuant to Local Rule 120(f), a civil action that has not been commenced in the proper court may be transferred: "Whenever in any action the Court finds upon its own motion, motion of any party, or stipulation that the action has not been commenced in the proper court in accordance with this Rule, or for other good cause, the Court may transfer the action to another venue within the District." *Id.* Because the action should have been filed in the Sacramento Division, the Court will transfer the action.

Accordingly, **IT IS HEREBY ORDERED**:

1. This matter is transferred to the Sacramento Division of the United States District Court, Eastern District of California; and

2. All future filings shall reference the case number assigned by the Sacramento Division.

IT IS SO ORDERED.

Dated:   **March 4, 2013**                    **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE